IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BURNAM LELAND LOWELL,** | CIV S-07-2450 MCE JFM P |
| Petitioner, | **ORDER** |
| v. | |
| **JAMES A. YATES, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, Respondent's application for a 30-day extension of time in which to file a response in this matter is hereby GRANTED. Respondent's response is due on April 9, 2008. It appears from her declaration that respondent's counsel may be burdened with substantial duties unrelated to this litigation. If counsel is not able to meet this new deadline it may be necessary to explore this question further.

Dated: March 6, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

Order

1