IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURNAM LELAND LOWELL,<br><br>                                        Petitioner,<br><br>         v.<br><br>JAMES A. YATES, Warden,<br><br>                                        Respondent. | CIV S-07-2450 MCE JFM P<br><br>**ORDER** |

    IT IS HEREBY ORDERED that the time for filing respondent's responsive pleading is extended through and including May 9, 2008.

Dated: April 8, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

12
lowe2450.ext2

Order

1