Timothy E. Warriner (SB#166128)
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 441-0970

Attorney for Petitioner,
BURNAM LELAND LOWELL

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURNAM LELAND LOWELL,               ) | No. Civ. S-07-2450 MCE JFM P |
|                                            ) | |
| Petitioner,               ) | APPLICATION FOR EXTENSION |
|                                            ) | OF TIME TO FILE REPLY/ |
| v.               ) | TRAVERSE; ORDER |
|                                            ) | |
| JAMES A. YATES, Warden,               ) | |
|                                            ) | |
| Respondent.               ) | |

Counsel for petitioner hereby requests a 30 day extension of time to file a reply/traverse to the respondent's answer to petition for writ of habeas corpus. The current due date for the reply/traverse is June 7, 2008. This is the first request for extension of time.

Since receiving respondent's 26 page answer on (not including attachments) and points and authorities on May 8, 2008, counsel has spent considerable time preparing for a multi-defendant preliminary hearing and bail motion in People v. Shaw (Sacramento Superior Court No. 08F02962); preparing for trial in People v. Knorr, a multiple defendant attempted murder/kidnaping case (Sacramento Superior Court, No. 07F01299); completing appellant's reply brief in In re Noell M. (3rd Dist. Ct. Of Appeal) and an appellant's opening brief in People v. Houlet (3rd Dist. Ct. Of Appeal). Counsel's duties in the foregoing matters have limited the time available to file a reply/traverse in this case. Additionally, counsel will be out of state for a pre-paid vacation from June 1 through June 7. Assistant California Attorney General David Eldridge has been consulted concerning this request and has no objection to the court's granting a

1

30 day extension.

DATED: May 28, 2008            /s/ Timothy E. Warriner, Attorney for Petitioner

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that counsel for petitioner shall file the reply/traverse by July 7, 2008.

DATED: May 29, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

2