1  Timothy E. Warriner (SB#166128)
   Attorney at Law
2  813 6th St., Suite 450
   Sacramento, CA 95814
3  (916) 443-7141
   FAX: (916) 441-0970
4
   Attorney for Petitioner,
5  BURNAM LELAND LOWELL

6
                IN THE UNITED STATES DISTRICT COURT FOR THE
7
                       EASTERN DISTRICT OF CALIFORNIA
8

9  BURNAM LELAND LOWELL,        )    No. Civ. S-07-2450 MCE JFM P
                                )
10          Petitioner,          )    APPLICATION FOR EXTENSION
                                )    OF TIME TO FILE REPLY/
11      v.                      )    TRAVERSE; ORDER
                                )
12 JAMES A. YATES, Warden,       )
                                )
13          Respondent.          )
                                )
14
       Counsel for petitioner hereby requests a 30 day extension of time to file a reply/traverse
15
to the respondent's answer to petition for writ of habeas corpus.  The current due date for the
16
reply/traverse is July 7, 2008.  This is the second request for extension of time.
17
       Since receiving respondent's 26 page answer on (not including attachments) and points
18
and authorities on May 8, 2008, counsel has worked diligently toward completion of the
19
reply/traverse.  However, counsel's work toward completion of an opening brief in People v.
20
Thae Lee (CA 3DCA No. C058336) and trial preparation in People v. Kimberly Knorr (Sac.
21
Superior No. 07F01299; trial set to begin 7/28/08), have limited the time available for
22
completion of the reply/traverse.  Additionally, counsel will be out of town from July 15 through
23
July 24.  Given the progress made toward completion of the reply/traverse, counsel expects to
24
file the document **on or by August 6, 2008.**  Assistant California Attorney General Brian Smiley
25
has been consulted concerning this request and has no objection to the court's granting a 30 day
26
extension.
27

28                                      1

DATED: July 7, 2008     /s/ Timothy E. Warriner, Attorney for Petitioner

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that counsel for petitioner shall file the reply/traverse by August 6, 2008.

DATED: July 21, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

lowe2450.eot

2